IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2020 MAR 12 PM 3:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>EDWIN ARNALDO ALLENDE-RIVERA,<br>Defendant. | INDICTMENT<br><br>Criminal No. 20- 140 (DRD)<br><br>VIOLATIONS:<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 922(g)(1)<br>21 U.S.C. § 841(a)(1)—Four Counts<br><br>Forfeiture:<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br>21 U.S.C. § 853<br><br>SIX COUNTS |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### 18 U.S.C. § 924(c)(1)(A)

On or about the 5th day of March, 2020, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**EDWIN ARNALDO ALLENDE-RIVERA,**

did knowingly possess a firearm, that is, one .40 caliber Glock pistol, model 27, serial number HGL845, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession of a controlled substance with intent to distribute as charged in Counts Three, Four, Five, and Six of the instant Indictment. All in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT TWO
**Possession of a Firearm by a Convicted Felon**
18 U.S.C. § 922(g)(1)

On or about the 5th day of March, 2020, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### EDWIN ARNALDO ALLENDE-RIVERA,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting commerce a firearm and ammunition, that is, one .40 caliber Glock pistol, model 27, serial number HGL845, and a total of forty-six rounds of .40 caliber ammunition; in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT THREE
**Possession with Intent to Distribute Controlled Substances**
21 U.S.C. § 841(a)(1)

On or about the 5th day of March, 2020, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### EDWIN ARNALDO ALLENDE-RIVERA,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a schedule I narcotic drug and controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
**Possession with Intent to Distribute Controlled Substances**
21 U.S.C. § 841(a)(1)

On or about the 5th day of March, 2020, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### EDWIN ARNALDO ALLENDE-RIVERA,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a schedule II narcotic drug and controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE
**Possession with Intent to Distribute Controlled Substances**
21 U.S.C. § 841(a)(1)

On or about the 5th day of March, 2020, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### EDWIN ARNALDO ALLENDE-RIVERA,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a schedule II narcotic drug and controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT SIX
**Possession with Intent to Distribute Controlled Substances**
21 U.S.C. § 841(a)(1)

On or about the 5th day of March, 2020, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### EDWIN ARNALDO ALLENDE-RIVERA,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a schedule I controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

## FIREARMS FORFEITURE ALLEGATION
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 924(c)(1)(A) and 922(g)(1) as set forth in Counts One and Two of this Indictment, the defendant, **EDWIN ARNALDO ALLENDE-RIVERA**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one .40 caliber Glock pistol, model 27, serial number HGL845; forty-six rounds of .40 caliber ammunition; seven ammunition magazines; and one pistol holster.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

## NARCOTICS FORFEITURE ALLEGATION
21 U.S.C. § 853

Upon conviction of one or more of the controlled substance offenses alleged in Counts One, Three, Four, Five, and Six of this Indictment, defendant **EDWIN ARNALDO ALLENDE-RIVERA** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following: $6,658.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All pursuant to 21 U.S.C. § 853.

TRUE BILL

FOREPERSON

Date: March 12, 2020

W. STEPHEN MULDROW
United States Attorney

_____
Victor O. Acevedo-Hernández
Assistant United States Attorney
Deputy Chief, Firearms Unit

_____
Sean P. Murphy
Assistant United States Attorney