IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>              v.<br><br>EDWIN ALLENDE<br>    Defendant. | Criminal no. 20-140 (DRD) |

**MOTION TO INFORM**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Allende, and respectfully states and prays as follows:

1. The parties have reached an agreement to resolve the current matter.

2. Nevertheless, Mr. Allende is requesting a period of 10 days to file his Change of Plea Motion.

3. This brief period will allow the parties to ensure that all of the matters regarding the plea agreement language be addressed, so that there are no further delays in addressing this matter.

WHEREFORE, it is respectfully requested from this Honorable Court take note of the information contained herein, and allow the parties to finalize the plea negotiations within the requested timeframe.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8 of April, 2021.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247

Tel.: (787) 432-4910<br>
USDC-PR No. 300504<br>
dalcala@defensorialegal.com