IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA<br>  Plaintiff,<br>            v.<br><br>EDWIN ALLENDE<br>  Defendant. | Criminal no. 20-140 (DRD) |
|---|---|

**MOTION TO WITHDRAW**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Allende, and respectfully states and prays as follows:

1. Mr. Allende was arrested and ordered detained by this Court on the allegations presented on a Complaint filed on March 6, 2020. (See Docket #1)

2. Mr. Allende's arraignment was then held on April 8, 2020, and since then, the parties have been in constant communication to explore a possibility of reaching a plea agreement.

3. Mr. Allende and the undersigned met at the Metropolitan Detention Center on July 12, 2022, and he informed the undersigned that he did not want to be further represented by him, and that he wished that a Motion to Withdraw be filed.

4. The undersign informs the Court that currently, Mr. Allende has unequivocally expressed that he does not believe that the undersigned attorney is suited to represent him in this matter.

5. The undersign informs that due to the distrust exhibited by Mr. Allende, and the lack of effective communication between the client and the undersign, it is not foreseeable that any additional time will improve the current situation.

6. Mr. Allende is indigent and is unable to secure any funds to retain an attorney, and for that reason the Court had appointed the undersigned as established by the Criminal Justice Act.

WHEREFORE, due to the deterioration of trust and communication between the client and the undersigned counsel, it is necessary to request that the Court grants the current motion, and appoints a new attorney to represent Mr. Allende in the current matter.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of July, 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com

s/ *[signature]*
Edwin Allende Rivera
54013-069
MDC Guaynabo