IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>                    v.<br><br>EDWIN ALLENDE<br>    Defendant. | Criminal no. 20-140 (DRD) |

**MOTION FOR AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Allende, and respectfully states and prays as follows:

1. On March 9, 2020, the undersigned counsel was appointed to represent Mr. Allende. (*See* Docket Entry #8)

2. Mr. Allende requested from the undersigned that he withdraw from his appointment and to request the Court to appoint new CJA counsel.

3. The Court granted Mr. Allende's request after holding a hearing on October 13, 2022, and then appointed Mr. Zayas, Esq. to represent Mr. Allende.

4. The undersigned then contacted Mr. Zayas, Esq., through email to provide him with a brief case summary and access to all the case discovery.

WHEREFORE, due to the undersigned having completed all his duties in this case, permission is requested to file a CJA Voucher for this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of November, 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy

PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com